```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

     - v. -                         :    INDICTMENT

LUIS M. ROSARIO,                         07 CRIM 882
     a/k/a "Nelson Cordero,"
     a/k/a "Ceasar DeJesus,"
     a/k/a "Ceaser Jesus,"          :
     a/k/a "Ceaser DeJesus,"        :

               Defendant.           :

- - - - - - - - - - - - - - - - - - x
```



## COUNT ONE

The Grand Jury charges:

On or about September 6, 2007, in the Southern District of New York, LUIS M. ROSARIO, a/k/a "Nelson Cordero," a/k/a "Ceasar DeJesus," a/k/a "Ceaser Jesus," a/k/a "Ceaser DeJesus," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about April 10, 2001, for Attempted Criminal Sale of a Controlled Substance in the Third Degree, in violation of New York Penal Law sections 110 and 220.39, in New York State Supreme Court, New York County, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland

Security, to reapply for admission.

(Title 8, United States Code, Section 1326(a) and (b)(2).)

_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LUIS M. ROSARIO,
a/k/a "Nelson Cordero,"
a/k/a "Ceasar DeJesus,"
a/k/a "Ceaser Jesus,"
a/k/a "Ceaser DeJesus,"

Defendant.

### INDICTMENT

07 Cr.

(8 U.S.C. § 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Dennise Suarez-Peña
Foreperson.

Dennise Suarez-Peña

9/17/07 Indictment filed, case reassigned to Judge Cote. 7. Maas, USMJ