

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 19, 2007

**BY FACSIMILE**

The Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/07
```

Re: *United States v. Luis Rosario,*
07 Cr. 882 (DLC)

Dear Judge Cote:

The defendant in the above-referenced case was indicted on September 17, 2007, and a pre-trial conference is currently scheduled for September 24, 2007, at 2:00 p.m. The Government writes to inform the Court that John Byrnes has taken over the case from Philip Weinstein and will henceforth serve as counsel of record for the defendant. The Government also respectfully requests that the Court exclude time from today until September 24, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government to collect and produce discovery and allow the defendant time to review the discovery, and have any appropriate discussions regarding a possible disposition of this case. Mr. Byrnes consents to this request for the exclusion of time.

Granted.
*Denise Cote*
September 19, 2007

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Christian R. Everdell
Assistant United States Attorney
(212) 637-2556

cc: John Byrnes, Esq. (by fax)