```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    07 Cr. 882(DLC)
                                         :
          -v-                            :    ORDER
                                         :
LUIS M. ROSARIO, a/k/a "Nelson           :
cordero," a/k/a "Ceasar DeJesus," a/k/a  :
"Ceaser Jesus," a/k/a "Ceasar DeJesus,"  :
                                         :
          Defendant.                     :
                                         :
-----------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/25/07

DENISE COTE, District Judge:

As set forth on the record on September 24, 2007, it is hereby

ORDERED that John Byrnes is relieved as counsel for defendant Luis Rosario.

SO ORDERED

Dated:   New York, New York
         September 25, 2007

                                    _____
                                             DENISE COTE
                                    United States District Judge