FILE COPY



LAW OFFICES OF

## Jorge Guttlein & Associates

291 Broadway, Suite 1500
New York, N.Y. 10007

Tel: 212 608-3188        Fax: 212 385 0231

Honorable Denise L. Cote
United State District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: U.S. v. Luis Manuel Rosario 07 CR.882
Sentencing Date: February 29, 2008 at 3:30 pm

Dear Judge Cote:

We are counsel for Luis Manuel Rosario. Please find enclosed additional translated letters of support from previous students of Mr. Luis Manuel Rosario. These include letters from the following:

1. Paola Nunez dated January 15, 2008
2. Yudelka Burgos date February 12, 2008
3. Brandy Denisse Garcia dated February 25, 2008
4. Germagelis Castano dated February 22, 2008
5. Cris Hidalgo dated February 22, 2008
6. Marlyn Garcia date February 25, 2008

Respectfully submitted,
Jorge Guttlein & Associates

Jorge Guttlein, Esq.

Enclosures

Cc:   w/enclosures
Christian R. Everdell
Assistant United States Attorney
1 St. Andrew Plaza
New York, NY 10007

Stephanie M. Dunne
United States Probation Officer
500 Pearl Street
New York, NY 10007

San Francisco De Macoris
January 15, 2008

Mr. Luis Manuel Rosario

Dear Proffesor:

    The reason for this letter is to say hello and know about your health. I am fine thank god. I want to let you know that I was very happy when I received the news that you already have two children a boy and a girl.

    I would tell you that I am very advance in my studies on the 8th grade, thanks to god and to you for everything that you helped me with my homework. I am also very greatful for all your help since very soon I will be going to high school. I am also enrolled in an English course which I just recently started. My mother and father also send you their hello.

                        Sincerely your friend and old student,
                                  Paola Nunez

I, Arisleydis Joaquin, having knowledge of both languages, Spanish and English, do solemnly swear that the above translation is according to the original in Spanish, to the best my ability.

                                                  Arisleydis Joaquin

Sworn to me before this
28 day of February, 2008

_____
NOTARY PUBLIC

Jorge Guttlein
Notary Public, State of New York
No. 02GU4725909
Qualified in New York County
Commission Expires 2/8/2011

San Fco. Macorís
15/01/2008

Señor:
Luis Ml. Rosario

Querido Profesor:

La presente es para saludarle y saber de su salud yo bien gracias a Dios. Profe le escribo para decirle que me puse contenta cuando supe que ya usted tiene 2 hijos una hembra y un varón.
Le diré que estoy adelantado en los estudios en 8vo grado, gracias a Dios y a usted que me ayudó tanto en las tareas eso se lo agradezco mucho ya el año que viene voy a entrar al bachillerato.
Estoy haciendo también un curso de inglés pero ahora es que estoy comenzando.
Recuerdo le manda mami y papi.

Se despide tu amiga y antigua alumna

Paola Núñez