San Francisco De Macoris<br>
February 12, 2008

Dear Proffesor Luis Manuel:

    Theses short lines are to know about you health and know how are you doing. I am doing very well thanks to god.

    Professor I wan to tell that our girl has made great changes thanks to the class that you taught her in the 7th grade. Her grades have been 95-100 points thanks to all the efforts that you make with children. I do not know how to thank you enough for everything that you did to help me.

    Thanks to you and your family. God bless you.

                      Sincerely,

                      Yudelka Burgos

I, Arisleydis Joaquin, having knowledge of both languages, Spanish and English, do solemnly swear that the above translation is according to the original in Spanish, to the best of my ability.

                      _____<br>
                      Arisleydis Joaquin

Sworn to me before this
_28_ day of February, 2008.

_____<br>
NOTARY PUBLIC

Jorge Guttlein<br>
Notary Public, State of New York<br>
No. 02GU4725909<br>
Qualified in New York County<br>
Commission Expires 2/8/2011

San Fco de moc.
12/2/2008

Estimado profesor:
Luis Manuel
N.Y

Esta corta líneas van para saludalo y saber cómo está, yo bien gracias a Dios.

Profesor quiero decirle que la niña ha cambiado gracias a la clase que usted le daba ya esta en 7mo curso, sus notas son de 95-100 puntos, gracias a su empeño con los niños para su aprendizaje, no tengo con que agradecerle todo lo que usted me ayudó.

Saludos para usted y sus familiares.

Que Dios lo bendiga.

Atte
Yudelka Burgos

San Francisco De Macoris
February 25, 2008

Mr. Luis M. Rosario

    Dear proffesor the following words are to say hello and know how you are doing. Thanks to god am very well.

    Thank you very much for all your help in the classroom. I am currently in the 7th grade and all your collaboration has been of great help. I do not have words to tell you how greatful I am with everything you did for me. I am also taking English classes and I am on my third year.

    Say hello to your wife, children and take care.

                             With lots of love,
                             Brandy Denisse Garcia

I, Arisleydis Joaquin, having knowledge of both languages, Spanish and English, do solemnly swear that the above translation is according to the original in Spanish, to the best of my ability.

_____
Arisleydis Joaquin

Sworn to me before this
__28__ day of February, 2008.

_____
NOTARY PUBLIC

Jorge Guttlein
Notary Public, State of New York
No. 02GU4725909
Qualified in New York County
Commission Expires __2/8/20 11__

San Francisco De Macoris<br>Dominican Republic

To Proffesor Luis Manuel Rosario.

Dear Proffesor:

    I write you this letter to know how are you doing and at the same time give you my greatest thank you for everything you did for me in the time that you were here. Take a look at my writing how pretty and neat. Thanks to all your efforts for me to try and do better in my writing abilities. Thanks to all your help is that I am currently a former speaker and on the 3rd year in high school. My mother as well as I sends you lots of kisses and hugs.

With lots of love and care your friend,

Germagelis Castano

San Francisco De Macoris<br>February 22, 2008

I, Arisleydis Joaquin, having knowledge of both languages, Spanish and English, do solemnly swear that the above translation is according to the original in Spanish, to the best ability of the undersigned.

_____<br>Arisleydis Joaquin

Sworn to me before this<br>28 day of February, 2008

_____<br>NOTARY PUBLIC

Jorge Guttlein<br>Notary Public, State of New York<br>No. 02GU4725909<br>Qualified in New York County<br>Commission Expires 2/8/2011