CERTIFICATE OF SERVICE
In the Matter of Luis M. Rosario
(07 CR 882)

I, Arisleydis Joaquin, hereby certify that on this 29 day of February, 2008, I caused to be served the: Letters

(   ) by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, and causing the same to be mailed by **US Mail/UPS** to the persons at the addresses set forth below.

( x ) by delivering a true copy thereof by **BY HAND** to the person at the address set forth below.

Honorable Denise L. Cote
United State District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Christian R. Everdell
Assistant United States Attorney
1 St. Andrew Plaza
New York, NY 10007

Stephanie M. Dunne
United States Probation Officer
500 Pearl Street
New York, NY 10007

I declare under penalty that the foregoing is true and correct. Executed on February 29, 2008.

*Arisleydis Joaquin*

Sworn to before me this
29th day of February, 2008

NOTARY PUBLIC

Jorge Guttlein
Notary Public, State of New York
No. 02GU4725909
Qualified in New York County
Commission Expires 2/8/20__